IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JEANA M. GILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1677-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

James S. Coon
Kimberly K. Tucker
Swanson, Thomas & Coon
820 SW Second Avenue, Suite 200
Portland, Oregon  97204

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2904

Richard A. Morris
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

       Attorneys for Defendant


KING, Judge:

       Based on the record,

       The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

       Dated this ___18th___ day of March, 2008.

                                   /s/ Garr M. King
                                   Garr M. King
                                   United States District Judge