FILED'08 JUN 11 15:47USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEANA M. GILBERT,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

CV# 06-1677-KI

ORDER FOR STIPULATED
FEES, COSTS AND EXPENSES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2025.77 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $6.60 in costs and $19.96 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this /1 day of June, 2008.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff