FILED'08 AUG 01 10:58USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

JEANA M. GILBERT,

        Plaintiff,

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CV# 06-1677-KI

ORDER GRANTING
ATTORNEY FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $8743.75 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in

light of the circumstances in this case. Previously, this court awarded Plaintiff attorney

fees in the amount of $2025.77 under the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the

agency is directed to subtract the amount previously awarded under the EAJA and send

Plaintiff's attorneys the balance of $6717.98, minus any applicable processing fees as

allowed by statute.

Dated this 1st day of Aug., 2008.

_____
U.S. Magistrate Judge
DISTRIC T

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon

ORDER  GRANTING ATTORNEY FEES – 1